1
2
3
4
5       **UNITED STATES DISTRICT COURT**
6        **DISTRICT OF NEVADA**
7

8 NORTH AMERICAN COMPANY FOR LIFE )
 AND HEALTH INSURANCE,      )
9                 )
           Plaintiff, )  Case No. 2:12-cv-00847-GMN-GWF
10                 )
 vs.               )  <u>**ORDER**</u>
11                 )
 LEON R. FULTON, WARNER C. FULTON, ) **Plaintiff's Motion to Be Excused**
12  EUNICE J. FULTON, SR., AUGUSTUS P.  ) **From Attending the Settlement**
 FULTON, DARRELL V. FULTON, DEBRA J. ) **Conference - #67**
13  SMITH, YOLANDA FULTON, GRACE A.  )
 FULTON, RALPH E. FULTON, SR., and  )
14  TYRONE FULTON,       )
                )
15            Defendants. )
16  _____)

17     This matter comes before the Court on Plaintiff North American Company for Life and

18 Health Insurance's ("North American") Motion to be Excused from Attending the Settlement

19 Conference (#67), filed on June 4, 2013.

20     On May 23, 2013, the Court ordered all parties and counsel of record to attend the

21 Settlement Conference scheduled for August 22, 2013. *See Order, Doc. #66.* North American

22 represents it interpleaded in this action because it was unable to discharge its admitted liability

23 under the annuity at issue in this case without risking multiple liability. North American has

24 deposited its admitted liability, *See Doc. #20*, and has an unopposed Motion for Summary

25 Judgment (#42) pending before the District Court. The Court finds that North American

26 establishes good cause for exception from attendance at the August 22, 2013 Settlement

27 Conference. Accordingly,

28  ...

**IT IS HEREBY ORDERED** that North American's Motion to be Excused from Attending the Settlement Conference (#67) is **granted**

DATED this 6th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge