1

2

3

4

5                        **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7

8    NORTH AMERICAN COMPANY FOR LIFE      )
     AND HEALTH INSURANCE,                )
9                                         )
                            Plaintiff,    )    Case No. 2:12-cv-00847-GMN-GWF
10                                        )
     vs.                                  )    **ORDER**
11                                        )
     LEON R. FULTON, WARNER C. FULTON,    )    **Plaintiff's Motion to Be Excused**
12   EUNICE J. FULTON, SR., AUGUSTUS P.   )    **From Attending the Settlement**
     FULTON, DARRELL V. FULTON, DEBRA J.  )    **Conference - #67**
13   SMITH, YOLANDA FULTON, GRACE A.      )
     FULTON, RALPH E. FULTON, SR., and    )
14   TYRONE FULTON,                       )
                                          )
15                          Defendants.   )
     _____)
16

17          This matter comes before the Court on Plaintiff North American Company for Life and

18   Health Insurance's ("North American") Motion to be Excused from Attending the Settlement

19   Conference (#67), filed on June 4, 2013.

20          On May 23, 2013, the Court ordered all parties and counsel of record to attend the

21   Settlement Conference scheduled for August 22, 2013.  *See Order, Doc. #66.*   North American

22   represents it interpleaded in this action because it was unable to discharge its admitted liability

23   under the annuity at issue in this case without risking multiple liability.  North American has

24   deposited its admitted liability, *See Doc. #20*, and has an unopposed Motion for Summary

25   Judgment (#42) pending before the District Court.  The Court finds that North American

26   establishes good cause for exception from attendance at the August 22, 2013 Settlement

27   Conference.  Accordingly,

28          ...

1    **IT IS HEREBY ORDERED** that North American's Motion to be Excused from Attending

2    the Settlement Conference (#67) is **granted**

3           DATED this 6th day of June, 2013.

4

5           _____
            GEORGE FOLEY, JR.
6           United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2