# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| North American Company for Life and Health Insurance,<br><br>Plaintiff<br><br>v.<br><br>Leon R. Fulton,<br><br>Defendant | Case No.: 2:12-cv-00847-JAD-GWF<br><br>**Order on Joint Motion to Distribute Funds and for Dismissal [Doc. 76]** |

    Before the Court is a Joint Motion to Distribute Funds and for Dismissal filed by Plaintiff, North American Company for Life and Health Insurance ("NACOLAH"), and by the Defendants who have appeared by counsel in this matter. Doc. 76. Based upon the representations of the parties in the joint motion to distribute funds and for dismissal regarding settlement, and with good cause appearing, the Court finds the Joint Motion to Distribute Funds and for Dismissal presents a reasoned disposition of the matter and hereby grants the Joint Motion.

    Accordingly, it is **ADJUDGED** and **ORDERED** as follows:

    1. The Clerk of the Court shall, within 30 days of the entry of this Order, mail to NACOLAH's counsel a check in the amount of $7,000 as attorneys' fees and costs, such sum to be paid from the annuity proceeds in the registry of the Court.

    2. The Clerk of the Court shall, within 30 days of the entry of this Order, mail one-seventh (1/7th) of the remaining annuity proceeds (after NACOLAH's attorneys' fees and costs) in the registry of the Court, to each of the Defendants: Eunice Fulton, Darryl Fulton, Debra Fulton, Leon

Fulton, Warner Fulton, Augustus Fulton, and Yolanda Fulton at the addresses below, and, failing same, at the address used for service of process herein.

> Augustus P. Fulton
> 18423 Collins St., Unit E
> Tarzana, CA. 91356
>
> Warner C. Fulton
> 5830 Waterford Blvd,
> New Orleans, LA 70127
>
> Yolanda Fulton
> 1173 Island Pl. E.
> Memphis, TN 38103
>
> Debra J. Fulton-Smith
> 24848 Cassia Ct.
> Corona, CA. 92883-3085
>
> Leon R. Fulton
> 520 Whimsical Court
> Fairburn, GA 30213
>
> Grace A. Fulton
> 7737 Via Paseo Avenue
> Las Vegas, NV 89128
>
> Eunice J. Fulton
> 7737 Via Paseo Avenue
> Las Vegas, NV 89128

All pending motions **[Docs. 42, 49, 69, 73]** by the Parties are **DEEMED WITHDRAWN**. This action is hereby **[Doc. 1] DISMISSED** with prejudice.

The Clerk of Court is hereby directed to release said funds to the rightful owners and shall enter judgment accordingly.

DATED October 15, 2013.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE