# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| North American Company for Life and Health Insurance,<br><br>    Plaintiff<br><br>    v.<br><br>Leon R. Fulton,<br><br>    Defendant | Case No.: 2:12-cv-00847-JAD-GWF<br><br>**Amended Order on Joint Motion to Distribute Funds and for Dismissal [amending Docs. 78 & 79]** |

    On October 15, 2013, the Court entered its Order on Joint Motion to Distribute Funds and for Dismissal (#78). The order instructed the Clerk of the Court to mail one-seventh of the remaining annuity proceeds (after NACOLAH's attorneys' fees and costs) in the registry of the Court, to each of the Defendants, including Augustus Fulton. Unfortunately, Mr. Fulton passed away before his check was negotiated. The Clerk of the Court has been provided with the death certificate for Mr. Fulton and an affidavit from his heirs, Gladys Fulton and Diane Fulton attesting that they are his sole heirs and successors in interest.

    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of Court cancel the issuance of the check previously issued to Augustus Fulton and instead issue two checks, each for one-fourteenth 1/14 of the remaining annuity proceeds (after attorneys' fees and costs) to (1) Gladys Fulton, 18423 Collins Street, Unit E, Tarzana, CA 91536, and (2) Diane Fulton, 18423 Collins

. . .

Street, Unit E, Tarzana, CA 91536.

DATED June 3, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE